term after entry of judgment having passed without motion for leave to appeal the application for a stay pending such motion must be denied. Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

E. York Ames v. John D. Dunlop and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

A. O. Anderson and Company, Inc., v. Standard Shipbuilding Corporaton. — Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Thomas Tsirlemes and Others v. Morris J. Baruch and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Thomas Tsirlemes and Others v. Morris J. Baruch and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Franziska M. Barney v. Bond and Mortgage Guarantee Company.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of Benjamin Levinson, an Attorney.— Motion granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.